# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROCKY MEL CONTRERAS, | ) | 1:09cv0087 OWW DLB |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | ) | (Document 14) |
| ERNIE MORENO, et al., | ) | |
| Defendants. | ) | |

Plaintiff Rocky Mel Contreras, appearing pro se and proceeding in forma pauperis, filed this civil rights and employment discrimination action on January 14, 2009.

On February 26, 2009, the Court issued Findings and Recommendation that the action be dismissed without leave to amend for Plaintiff's failure to state a claim for which relief can be granted. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days. On March 2, 2009, Plaintiff indicated that he had not received the Findings and Recommendations and he was given a courtesy copy from the Clerk's office. Over thirty (30) days have passed since the March 2, 2009, service and Plaintiff has not filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations dated February 26, 2009, is ADOPTED IN FULL; and
2. The action is DISMISSED.

This terminates this action in its entirety.

IT IS SO ORDERED.

**Dated:    April 15, 2009**              /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE